**No. 09-9904. Bryant Lockett, Petitioner v. United States.**

559 U.S. 1113, 130 S. Ct. 2420, 176 L. Ed. 2d 935, 2010 U.S. LEXIS 3810.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 359 Fed. Appx. 598.

**No. 09-9905. Gary Alexander Matthews, Petitioner v. United States.**

559 U.S. 1113, 130 S. Ct. 2420, 176 L. Ed. 2d 935, 2010 U.S. LEXIS 3864.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9909. Kristian D. Nelson, Petitioner v. United States.**

559 U.S. 1113, 130 S. Ct. 2420, 176 L. Ed. 2d 935, 2010 U.S. LEXIS 3719.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 589 F.3d 924.

**No. 09-9912. Kevin Mertens, Petitioner v. United States Postal Service.**

559 U.S. 1113, 130 S. Ct. 2429, 176 L. Ed. 2d 935, 2010 U.S. LEXIS 3726.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 347 Fed. Appx. 565.

**No. 09-9914. Juan Garcia-Sandoval, Petitioner v. United States.**

559 U.S. 1113, 130 S. Ct. 2420, 176 L. Ed. 2d 935, 2010 U.S. LEXIS 3854.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 360 Fed. Appx. 790.

**No. 09-9915. Michael Baird Jordan, Petitioner v. United States.**

559 U.S. 1113, 130 S. Ct. 2420, 176 L. Ed. 2d 935, 2010 U.S. LEXIS 3871.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9916. Jose Roberto Garcia-Limones, Petitioner v. United States.**

559 U.S. 1113, 130 S. Ct. 2421, 176 L. Ed. 2d 935, 2010 U.S. LEXIS 3856.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9922. Moshoodi Emiola Ajijola, Petitioner v. United States.**

559 U.S. 1113, 130 S. Ct. 2421, 176 L. Ed. 2d 935, 2010 U.S. LEXIS 3768.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 584 F.3d 763.